# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIAM MADDOX                                                                                     PLAINTIFF

V.                              NO. 3:16-CV-00172-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 9*) is modified to provide that Plaintiff's brief is due no later than **December 5, 2016**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 29th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE