UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MADDOX                                                              PLAINTIFF

V.                          NO. 3:16-CV-00172-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## ORDER

Before the Court is Plaintiff William Maddox's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 17*. The motion is unopposed. *Doc. 19*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$2,445.32** (which sum includes 9.50 attorney hours at an hourly rate of $193; 0.75 attorney hours at an hourly rate of $196; 5.90 paralegal hours at an hourly rate of $75; and expenses of $22.32).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that an award of **$2,445.32** is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 17*, is GRANTED.

1

IT IS FURTHER ORDERED that Plaintiff is awarded **$2,445.32** in fees under the EAJA.[1]

Dated this 14th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.